```
BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099


Attorneys for Plaintiff, UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTH KERN MACHINERY, INC., )<br>d/b/a NORTH KERN MACHINERY, )<br>NORTH KERN MACHINERY COMPANY,)<br>SOUTH KERN MACHINERY COMPANY,)<br>SOUTH KERN MACHINERY, INC., )<br>and KERN MACHINERY, INC. )<br>)<br>)<br>Defendants. )<br>_____) | Case: 1:09-cv-01136 LJO JLT<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

Plaintiff United States of America ("United States"), and Defendants Kern Machinery, Inc., et al,("Defendants") respectfully submit this stipulation regarding the case schedule.

While the parties have been diligent in their efforts to complete discovery, the parties respectfully request a continuance of the discovery and related deadlines based on the following:

1. In this action, Plaintiff seeks recovery of the costs incurred in suppressing a fire in the Sequoia National Forest.

1

_____
STIPULATION AND ORDER REGARDING CASE SCHEDULE

1  Plaintiff alleges that the fire originated in the engine
2  compartment of a John Deere excavator while under the control of
3  employees of Defendant KERN MACHINERY.  Defendant denies any
4  liability.  This case is complicated to a degree by the fact that
5  Defendant did not own the John Deere excavator at issue.  The
6  original owner of the excavator abandoned the tractor on forest
7  lands, and Defendant was hired by a third party, Agricredit, to
8  retrieve the excavator subject to a lien.

9      2.   Plaintiff had difficulty locating and scheduling the
10 deposition of the Agricredit representative who hired Defendant.
11 The Agricredit representative, Brandy Brandberry, left Agricredit's
12 employment prior to this action and suffers from a disability that
13 required some accommodation.  However, Mr. Brandberry's deposition
14 was finally completed in mid-May 2010.  At the deposition, Mr.
15 Brandberry testified concerning several matters that now require
16 significant follow-up discovery and investigation:

17      A.   Mr. Brandberry testified that he generated documents
18 and diary notes concerning the excavator at issue.  These documents
19 are in the possession of Agricredit.  Plaintiff has subpoenaed
20 these documents, but they are not due to be produced until later
21 this month, and Plaintiff anticipates that the information in the
22 records may necessitate further discovery.

23      B.   Mr. Brandberry testified concerning the substance of
24 conversations that he had with a Forest Service employee (Mr.
25 Payne) prior to the fire.  Defendant has requested that Plaintiff
26 produce Mr. Payne for his deposition, but he has since retired from
27 the Forest Service, and Plaintiff is experiencing some difficulties
28 in locating him.

1          C.   Mr. Brandberry testified concerning the substance of
2   conversations he had with an employee of Defendant (Mr. Beggs)
3   prior to and after the fire.  Plaintiff has requested that
4   Defendant produce Mr. Beggs for his deposition.  However, Mr. Beggs
5   resides in a remote town in eastern Oregon, and the parties are
6   working to arrange Mr. Beggs' travel to Fresno for his deposition.
7          D.   Mr. Brandberry testified concerning the likely
8   whereabouts of the original owner of the excavator (Mr. Geaney),
9   and Defendant is following up on this lead to locate and depose
10  this witness.
11      Based on the foregoing, the parties jointly request that the
12  case schedule be modified as follows:

|                                      | **Old Dates** | **Proposed New Dates** |
|---|---|---|
| Non-Expert Discovery                 | 06/18/10 | 08/20/10 |
| Expert disclosure:                   | 06/16/10 | 09/10/10 |
| Supplemental Expert disclosure:      | 07/8/10  | 10/01/10 |
| Expert discovery:                    | 08/13/10 | 11/05/10 |
| Non-Dispositive motion filing deadline: | 08/13/10 | 11/05/10 |
| Dispositive motion filing deadline:  | 08/13/10 | 11/05/10 |
| Pre-Trial Conference:                | 09/27/10 | 12/13/10 |
| Trial:                               | 11/15/10 | 01/24/11 |

24  ///
25  ///
26  ///
27  ///
28  ///

3
_____
STIPULATION AND ORDER REGARDING CASE SCHEDULE

1          C.   Mr. Brandberry testified concerning the substance of
2   conversations he had with an employee of Defendant (Mr. Beggs)
3   prior to and after the fire.  Plaintiff has requested that
4   Defendant produce Mr. Beggs for his deposition.  However, Mr. Beggs
5   resides in a remote town in eastern Oregon, and the parties are
6   working to arrange Mr. Beggs' travel to Fresno for his deposition.
7          D.   Mr. Brandberry testified concerning the likely
8   whereabouts of the original owner of the excavator (Mr. Geaney),
9   and Defendant is following up on this lead to locate and depose
10  this witness.
11      Based on the foregoing, the parties jointly request that the
12  case schedule be modified as follows:

|  | **Old Dates** | **Proposed New Dates** |
|---|---|---|
| Non-Expert Discovery | 06/18/10 | 08/20/10 |
| Expert disclosure: | 06/16/10 | 09/10/10 |
| Supplemental Expert disclosure: | 07/8/10 | 10/01/10 |
| Expert discovery: | 08/13/10 | 11/05/10 |
| Non-Dispositive motion filing deadline: | 08/13/10 | 11/05/10 |
| Dispositive motion filing deadline: | 08/13/10 | 11/05/10 |
| Pre-Trial Conference: | 09/27/10 | 12/13/10 |
| Trial: | 11/15/10 | 01/24/11 |

24  ///
25  ///
26  ///
27  ///
28  ///

3
_____
STIPULATION AND ORDER REGARDING CASE SCHEDULE

```
                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
Dated: June 14, 2010                United States Attorney


                              By:   /s/ Glen F. Dorgan
                                    GLEN F. DORGAN
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


Dated: June 14, 2010                LAW OFFICES OF
                                    WILD, CARTER & TIPTON


                                    /s/ Robert G. Eliason
                                    ROBERT G. ELIASON
                                    Attorney for Defendants
```

4

_____
STIPULATION AND ORDER REGARDING CASE SCHEDULE

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  GLEN F. DORGAN
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, CA 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the Plaintiff
    United States of America
 7

 8
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO: 1:09-cv-01136 LJO JLT |
| | ) | |
| Plaintiff, | ) | ORDER REGARDING |
| | ) | CASE SCHEDULE |
| v. | ) | |
| | ) | |
| NORTH KERN MACHINERY, INC., d/b/a NORTH KERN MACHINERY, NORTH KERN MACHINERY COMPANY, SOUTH KERN MACHINERY COMPANY, SOUTH KERN MACHINERY, INC., and KERN MACHINERY, INC. | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the case schedule is modified as follows:

| | **Old Dates** | **New Dates** |
|---|---|---|
| Non-Expert Discovery | 06/18/10 | 08/20/10 |
| Expert disclosure: | 06/16/10 | 09/10/10 |
| Supplemental Expert disclosure: | 07/8/10 | 10/01/10 |
| Expert discovery: | 08/13/10 | 11/05/10 |

```
Non-Dispositive motion
filing deadline:                  08/13/10            11/05/10

Dispositive motion
filing deadline:                  08/13/10            11/05/10

Pre-Trial Conference:             09/27/10            12/13/10 at
                                                      8:30 a.m.,
                                                      Ctrm. 4 (LJO)

Trial:                            11/15/10            01/24/11 at
                                                      8:30 a.m.,
                                                      Ctrm. 4 (LJO)
```

IT IS SO ORDERED.

**Dated:   June 14, 2010**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE